AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RAHEEM DASHEEN JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-348

TAMMY STOKE, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 28, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Amended Complaint is dismissed, and this case stands closed.

Judge Approval?

Approved by: ________________________________

July 29, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*